# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04cr227

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>)<br>MAURICE LYDELL BARNETTE (1) ) | **ORDER** |

**THIS MATTER** is before the Court upon motion of the defendant for review of detention. (Doc. No. 30)

The defendant pleaded guilty to Count 1 of the indictment on July 15, 2005, charging the defendant with being a felon in possession of a firearm. Pursuant to § 3145(b), the defendant seeks review of the magistrate judge's detention order entered October 1, 2004. (Doc. No. 9)

Upon review of the record, even in a light most favorable to the defendant, the Court finds the circumstances alleged by the defendant are insufficient for this Court to alter the Order of Detention. (Doc. No. 9)

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: September 30, 2005**

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge