## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:04cr227

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| ) | |
| **MAURICE LYDELL BARNETTE** ) | |
| ) | |

**THIS MATTER** is before the Court upon a letter the defendant pro se in which he requests a transcript of a guilty plea for a previous conviction. (Doc. No. 43: Letter at 2). However, the defendant is currently represented by appointed counsel.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se request for a transcript is **DENIED** without prejudice to be pursued by counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the U.S. Probation office.

Signed: February 24, 2006

Robert J. Conrad, Jr.
United States District Judge